**NELSON v. NELSON**

[350 N.C. 410 (1999)]

CALVIN THOMAS NELSON v. CALVIN EUGENE NELSON

No. 67A99

(Filed 9 June 1999)

Appeal pursuant to N.C.G.S. § 7A-30(2) from an unpublished decision of a divided panel of the Court of Appeals, 132 N.C. App. 235, 517 S.E.2d 687 (1999), affirming an order entered 5 December 1997, *nunc pro tunc* 3 December 1997, by Carter (Clarence W., Jr.), J., in Superior Court, Stokes County. Heard in the Supreme Court 11 May 1999.

*Stover & Bennett, by Michael R. Bennett, for plaintiff-appellant.*

*Jeffrey S. Lisson for defendant-appellee.*

PER CURIAM.

AFFIRMED.